Case 1:19-cr-00135-DLH *SEALED*   Document 4   Filed 08/08/19   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America                               )
v.                                                     )
                                                       )
Davante Curry, a/k/a Mark                              )     Case No.   1:19-cr-135-01
                                                       )
                                                       )
_____                 )
            *Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Davante Curry, a/k/a Mark _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Date:   08/08/2019 _____              */s/ Anja Miller* _____
                                                        *Issuing officer's signature*

City and state:   Bismarck, ND                    Anja Miller, Deputy Clerk
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/8/19 , and the person was arrested on *(date)* 12/11/19
at *(city and state)* Detroit, MI .

Date: 12/16/19 _____

_____ *Cammamson*
                          *Arresting officer's signature*

_____ *Laura M Boll , DUSM*
                          *Printed name and title*