IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:19-cr-135 |
| Plaintiff, | ) |
| v. | ) UNITED STATES' RESPONSE TO |
| | ) DEFENDANT'S MOTIONS TO |
| DAVANTE CURRY; and, | ) CONTINUE TRIAL |
| DANTE HAGLER, | ) |
| | ) |
| Defendants. | ) |

The United States does not object to the separate motions by Defendants Davante Curry and Dante Hagler to continue the jury trial scheduled to commence on March 24, 2020. The United States requests this Court find the ends of justice served by a continuance outweigh the best interest of the public and the defendants in a speedy trial based upon the reasons stated within such motions, and order that any delay as a result of such continuance be excluded from the Speedy Trial Act's computation of time for bringing the defendants to trial.

Dated this 5th day of March, 2020.

DREW H. WRIGLEY
United States Attorney

By:   */s/ Rick L. Volk*
RICK L. VOLK
Assistant United States Attorney
P. O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
N.D. Bar Board ID No. 04913
Attorney for United States