IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Davante Curry, ) | Case No. 1:19-cv-135 |
| ) | |
| Defendant. ) | |

On February 22, 2021, defendant's court-appointed counsel filed a motion to withdraw as counsel of record for defendant, citing his difficulties in reaching defendant. Defendant was previously released by the court on conditions to his residence in Michigan pending final disposition of this matter. Defendant's court-appointed counsel resides in Bismarck, North Dakota.

Pursuant to its discussion with defendant and counsel during an ex parte conference held on March 2, 2021, the court **DENIES** counsel's motion to withdraw (Doc. No. 41). For defendant's benefit, to ensure that he remains in regular contact with counsel, the court shall modify his conditions of release as follows. Defendant shall, at a minimum, call counsel every Wednesday at 11:30 a.m. Eastern Time/ 10:30 a.m. Central Time. All other conditions of release previously imposed by the court on defendant remain in effect.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court